**Motion GRANTED AND Order filed December 20, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00999-CV
_____

## IN RE AMBER TURNEY, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF DAVID MINX (DECEASED), Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-64937**

## ABATEMENT ORDER

On December 15, 2016, relator Amber Turney, Individually and as Personal Representative of David Minx (Deceased), filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Erin Lunceford, Judge of the 61st District Court, in Harris County, Texas, to set aside her order signed on

December 9, 2016, in trial court number 2016-64937, styled *Amber Turney et. al. v. Houston Motor Speedway Corp. et. al.* The December 9 order requires relator to sign by December 23 an authorization permitting the release of all of David Minx's medical records from all providers for the five years before his death. The December 9 order also denied Plaintiff's Objection to Defendants' Depositions on Written Questions and Subpoenas Duces tecum, and Motion to Quash and Motion for Protective Order.

Relator has also filed a motion for temporary relief asking our court to stay the December 9 order pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

A successor will become judge of the 61st District Court on or about December 30, 2016. Without expressing any opinion on the merits, the December 9 order is stayed until February 13, 2017, to allow the successor judge to consider in the first instance all issues and motions addressed in the December 9 order. We abate this mandamus proceeding and direct the parties to inform this Court of the status of trial court proceedings related to this mandamus proceeding not later than February 13, 2017. *See* Tex. R. App. P. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding); *In re Calpakis*, No. 14-13-00422-CV, 2013 WL 3580907, at *1 (Tex. App.—Houston [14th Dist.] July 11, 2013, orig. proceeding) (mem. op.).

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.